### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEDIRA D. WILSON, *as administratrix* | : | CIVIL ACTION |
| *of the estate of Armada Edna Wilson,* | : | |
| *deceased* | : | |
| | : | |
| v. | : | NO.  26-551 |
| | : | |
| CITY OF PHILADELPHIA, EMILY | : | |
| KLENK, DYLAN TROST | : | |

## ORDER

AND NOW, this 6th day of May 2026, upon considering defendants' motion to dismiss (DI 12), and plaintiff's opposition (DI 16), it is ORDERED defendants shall file a reply no later than May 13, 2026.

_____
MURPHY, J.