**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHEDIRA D. WILSON,** ***as administratrix of the estate of Armada Edna Wilson, deceased*** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-551** |
| **CITY OF PHILADELPHIA, EMILY KLENK, DYLAN TROST** | : | |

# ORDER

**AND NOW**, this 10th day of August 2026, upon considering defendants' motion to dismiss (DI 12), plaintiff's opposition (DI 16), defendant's reply (DI 18), following our June 4, 2026 motion hearing, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 12) is **GRANTED** and plaintiff's claims are **dismissed** without prejudice.

2. Plaintiff has 14 days to replead her claims, if she is able and should she choose to do so, in a manner that complies with the applicable laws.

**MURPHY, J.**